U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2016R00253)

FILED IN OPEN COURT
U.S.D.C. Atlanta

SEP 27 2017

James N. Hatten, Clerk
By: Deputy Clerk CCM

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. **1:17CR340**

MAGISTRATE CASE NO.

X Indictment
DATE: September 27, 2017

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
JARED S. BLACKMON

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

### Defendant Information:

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

Attorney: Douglas W. Gilfillan
Defense Attorney: