**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
   **PLEA AND**
      **SENTENCE**



Time in Court: _____ Hrs  **14** Min

Filed in Open Court:  Date: **9/29/2017**  Time: **2:00 PM**  Tape: **FTR GOLD**

Magistrate (presiding): **RUSSELL G. VINEAYRD**  Deputy Clerk: **AMANDA ZARKOWSKY**

| | |
|---|---|
| Case Number: **1:17-CR-340** | Defendant's Name: **JARED S. BLACKMON** |
| AUSA: **DOUG GILFILLAN** | Defendant's Attorney: **WILLIE HUNTLEY** |
| USPO/PTR: **ALEX** | Type Counsel: ( ) Retained  (X) CJA  ( ) FPD  ( ) Waived |

| | | |
|---|---|---|
| X | ARREST DATE: | **9/29/2017** |
| | INTERPRETER: | |
| X | INITIAL APPEARANCE HEARING. ( X ) In THIS DISTRICT | Dft in custody? (X) Yes  ( ) No |
| X | Defendant advised of right to counsel.  ( ) WAIVER OF COUNSEL filed. | |
| | ORDER appointing Federal Defender Program as counsel.  ( ) INITIAL APPEARANCE ONLY. | |
| | ORDER appointing _____ as counsel. | |
| | ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD) | |
| | Dft to pay attorney fees as follows: | |
| | INFORMATION/COMPLAINT filed. | WAIVER OF INDICTMENT filed. |
| X | Copy indictment/information given to dft? (X) Yes  ( ) No | Read to dft? ( ) Yes  ( ) No  (X) Prior to Hrg |
| | CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed. | |
| X | ARRAIGNMENT HELD.( ) **Superseding indictment** / information | ( ) Dft's WAIVER of appearance filed. |
| | Arraignment continued to _____ at _____ | Request of ( ) Govt  ( ) Dft |
| | Dft failed to appear for arraignment. | Bench warrant issued _____ |
| X | Dft enters PLEA OF NOT GUILTY.  ( ) Dft stood mute; plea of NOT GUILTY entered.  ( ) Waiver of appearance. | |
| | MOTION TO CHANGE PLEA, and order allowing same. | |
| X | ASSIGNED TO JUDGE  **TCB** | for ( ) trial  ( ) arraignment/sentence. |
| X | ASSIGNED TO MAGISTRATE  **RGV** | for pretrial proceedings. |
| | Estimated trial time: _____ days. | ( ) SHORT  (X) MEDIUM  ( ) LONG |
| | PRE-SENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued until _____ at _____ for sentencing. | |

ARRAIGNMENT - Pg. 2          Case No.: 117CR340
                             Defendant: J. BLACKMON

\_\_\_\_  Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

\_\_\_\_  Temporary commitment issued.   Dft remanded to custody of US Marshals Service.

**BOND/PRETRIAL DETENTION HEARING**

\_\_\_\_  BOND / PRETRIAL DETENTION hearing held.

\_\_\_\_  Government MOTION FOR DETENTION ( ) GRANTED  ( ) DENIED  ( ) WITHDRAWN

\_\_\_\_  WRITTEN ORDER TO FOLLOW.

\_\_\_\_  HEARING HELD on motion for reduction / modification of bond.

\_\_\_\_  Motion for reduction / modification of Bond   ( ) GRANTED    ( ) DENIED.

\_\_\_\_  WRITTEN ORDER TO FOLLOW.

**X**  BOND SET at          10,000.00

**X**  Non-surety

\_\_\_\_  Surety  ( ) Cash    ( ) Property    ( ) Corporate surety ONLY

\_\_\_\_  SPECIAL CONDITIONS: _____

_____

\_\_\_\_  Bond filed; defendant released.

\_\_\_\_  Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

**WITNESSES:** _____

**SENTENCE:** _____