U.S. Department of Justice
United States Attorney

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

# P L E A (With Counsel)

CRIMINAL NO. 1:17-CR-340

I, Jared S. Blackmon, defendant, having received a copy of the within Indictment, and having plead Not Guilty thereto to Counts One through Twelve thereof.

In Open Court this 29th day of September, 2017.

_____
SIGNATURE (Defense Attorney)
Willie B. Huntley, III

_____
SIGNATURE (Defendant)
Jared S. Blackmon

### INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 404-474-2470

Bar Number: 072909

235 Peachtree St NE
STE 400
Atlanta GA 30303

Phone: _____

Filed in Open Court by:

_____          _____
(Signature)                                              Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12