AO 442 (12/85) Warrant for Arrest

/04 15/07

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,    **WARRANT FOR ARREST**

vs.

JARED S. BLACKMON    CASE NO. 1:17-CR-340 TCB
AGENT TO ARREST

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JARED S. BLACKMON and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense):   Wire Fraud

in violation of **Title 18, United States Code, Section(s) 1343**

JAMES N. HATTEN    Clerk, U.S. District Court
Name of Issuing Officer    Title of Issuing Officer

C. Meeks    September 28, 2017 at Atlanta, Georgia
Signature of Issuing Officer    Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 0 4 2017

Bail Fixed at $_____    By:_____
                           Name of Judicial Officer

JAMES N. HATTEN, Clerk
By: S. Blo Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

FDIC

Date Received: 9-28-17    S/A John Crawford
                          Name and Title of Arresting Officer

Date of Arrest: 9-29-17
                          Signature of Arresting Officer

# 71077-019