UNITED STATES DISTICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **CRIMINAL INDICTMENT** |
| **v.** | : | |
| | : | **NO.: 1:17-CR-00340-TCB-RGV** |
| **JARED S. BLACKMON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Defendant, Jared S. Blackmon, substitutes Robert J. Daniel as counsel of record in place of Mr. Willie J. "Buddy" Huntley III, Esq.

I, as undersigned counsel, Robert J. Daniel, enter my appearance as retained counsel in this case for Defendant. I certify that I am admitted to practice in this court and that I have spoken to Attorney Willie J. "Buddy" Huntley III, Esq. and he consents to this substitution of counsel of record.

The Clerk of Court and other counsel of record are hereby requested to serve all forthcoming correspondence, pleadings and other communications in this case upon the undersigned attorney at the address listed below.

Respectfully submitted this 10th day of October 2017.

/s/ Robert J. Daniel
Robert J. Daniel
Attorney for Defendant, Jared S. Blackmon
Georgia Bar No. 204404

LAW OFFICES OF ROBERT DANIEL
229 Peachtree Street NE Suite 1008
Atlanta, Georgia 30303
Tel:  404.522.2151
Fax:  404.522.2101
Email:  robdaniel@robertdaniellaw.com

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LR 5.1B

I hereby certify that on October 10, 2017, I electronically filed this pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following Assistant United States Attorneys of record:

>Mr. Willie Julius "Buddy" Huntley, Esq.
>Holston & Huntley LLC
>235 Peachtree Street NE Suite 400
>Atlanta, Georgia 30303

>Mr. Douglas W. Gilfillan, Esq.
>Assistant United States Attorney
>Office of the United States Attorney
>75 Spring Street, S.W.
>600 United States Courthouse
>Atlanta, Georgia 30303

Respectfully submitted this 10th day of October, 2017.

>/s/ Robert J. Daniel
>Robert J. Daniel
>Attorney for Defendant, Jared S. Blackmon
>Georgia Bar No. 204404

LAW OFFICES OF ROBERT DANIEL
229 Peachtree Street NE Suite 1008
Atlanta, Georgia 30303
Tel:   404.522.2151
Fax:  404.522.2101
Email:  robdaniel@robertdaniellaw.com