IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>JARED S. BLACKMON | Criminal Action No.<br><br>1:17-CR-00340-TCB-RGV |

**UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE**

The United States of America, by Byung J. Pak, United States Attorney, and Douglas W. Gilfillan, Assistant United States Attorney for the Northern District of Georgia, hereby moves, without opposition, to continue the Pretrial Conference set for October 18, 2017, in this matter.

The Government requests a continuance because undersigned counsel will be in trial starting on October 16, 2017, in United States v. Chen, 1:12-CR-350-SCJ. The trial is expected last until October 23 or 24, 2017.

In addition, Defendant has recently retained new counsel.  (Doc. 9.) Undersigned counsel has conferred with Defendant's new counsel about the relief sought in this motion and understands that Defendant's new counsel similarly would like to continue the October 18, 2018 conference given his recent retention and appearance in the case.

The Government also respectfully requests that the Court exclude under the Speedy Trial Act the time between the date of the originally scheduled Pretrial

1

Conference and the rescheduled Pretrial Conference on the grounds that the extension is necessary for the reasons set forth in 18 U.S.C. § 3161(h)(7)(A) & B(iv).  Specifically, the Government respectfully requests that the Court find that the continuance is warranted so as not to unreasonably deny the Government continuity of counsel and to provide the Defendant's attorney a reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice in granting the continuance outweigh the public's and the Defendant's rights to a speedy trial.

                                              Respectfully submitted,

                                              BYUNG J. PAK
                                                  *United States Attorney*

                                            /s/DOUGLAS W. GILFILLAN
                                                  *Assistant United States Attorney*
                                            Georgia Bar No. 294713
                                            doug.gilfillan@usdoj.gov

                600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
                            (404) 581-6000   fax (404) 581-6181

Local Rule 7.1D Certificate

The undersigned hereby certifies that the foregoing has been formatted in Book Antigua font, 13 point type, which complies with the font size and point requirements of Local Rule 5.1C.

Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

October 11, 2017

/s/ Douglas W. Gilfillan

Douglas W. Gilfillan

*Assistant United States Attorney*