IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JARED S. BLACKMON | Criminal Action No.<br><br>1:17-CR-00340-TCB-RGV |

**Proposed ORDER**

Pending before the Court is the Government's Unopposed Motion To Continue the Pretrial Conference set for October 18, 2017, [Doc. 10], and for good cause shown, the motion is **GRANTED**. The pretrial conference is rescheduled for October _____, 2017, at _____a.m./p.m., Courtroom 2022, United States Courthouse, 75 Ted Turner Dr. Atlanta, Georgia.

**IT IS HEREBY ORDERED** that the period between the date of the original scheduled pretrial conference, October 18, 2017, and the rescheduled date, October __, 2017, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the continuance is warranted so as not to unreasonably deny the Government continuity of counsel and to provide the Defendant's attorney a reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice in granting the continuance outweigh the public's and the Defendant's rights to a speedy trial.

**IT IS SO ORDERED** this _____ day of October, 2017.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

Presented by:
Douglas W. Gilfillan, Assistant United States Attorney